

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2018

The Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 1 1 2018

Re: United States v. Kyle Weiland, 18 Cr. 273

Dear Judge Lehrburger:

The Government writes to respectfully request that the Court unseal the above-referenced indictment, 18 Cr. 273, and related arrest warrants for Kyle Weiland.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____

Michael C. McGinnis
Assistant United States Attorney
(212) 637-2305

SO ORDERED:

4/11/18 _____
HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE