# THE BLANCH LAW FIRM, P.C.

261 MADISON AVENUE, 12TH FLOOR  NEW YORK, NY 10016  T (212) 736-3900  F (212) 736-3910

November 14, 2019

**Via ECF**

Hon. Lorna G. Schofield
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2019

Re: **Kyle Weiland**
    18 CR 273 (LGS)

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 53.

Dated: November 15, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

Our Firm represents the defendant, Kyle Weiland in the above-referenced case. I write to request that Mr. Weiland is permitted to travel to Florida from November 18, 2019 to November 24, 2019.

Mr. Weiland's girlfriend, Jamie Chahalis, is undergoing a medical procedure for which substantial recovery time is needed. Mr. Weiland would like to assist Ms. Chahalis with transportation to and from the hospital, as well as care for her during her recovery.

My office has discussed this travel request with both Pre-Trial Services Officer Pasqual and AUSA Jessica Greenwood. Pre-trial does not object and AUSA Greenwood defers to pre-trial with regard to Mr. Weiland's travel.

We are therefore respectfully requesting that Mr. Weiland be permitted to travel to Florida from November 18, 2019 to November 24, 2019.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ Elena Fast
Elena Fast, Esq.
The Blanch Law Firm PC
Counsel for Kyle Weiland


CC: All parties of record via ECF