# THE BLANCH LAW FIRM, P.C.

261 Madison Avenue, 12th Floor  New York, NY  10016  T (212) 736-3900  F (212) 736-3910

January 17, 2020

<u>VIA ECF</u>
The Honorable Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2020

**Re: United States v. Kyle Weiland, 18-cr-00273-LGS**

Dear Judge Schofield,

Our law firm represents Kyle Weiland on the above-captioned case. Mr. Weiland is expected to surrender himself on **January 22, 2020**. The Bureau of Prisons have yet to designate a facility for Mr. Weiland to surrender and Monday, January 20, 2020 is a Federal Holiday.  We are seeking an extension of Mr. Weiland's surrender date until **February 24, 2020**.

I have been in contact with AUSA Michael McGinnis is aware of our request and have no objections.

Therefore, we respectfully request that Mr. Weiland's surrender to extended until **February 24, 2020 to allow the** Bureau of Prisons time to designate him.

Thank you for your time and consideration

Respectfully submitted,
THE BLANCH LAW FIRM P.C

/s/Ryan Blanch Esq.
Ryan Blanch Esq.
Counsel for Kyle Weiland

CC:    AUSA Michael McGinnis (via ecf)

Application Granted in part.  Defendant Weiland shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on **February 7, 2020**.  The Clerk of the Court is directed to terminate the letter motion at docket number  62.

Dated: January 21, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE