UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
                                              :

UNITED STATES OF AMERICA          :     **FINAL ORDER OF FORFEITURE**
                                              :

-v.-                              :     18 Cr. 273 (LGS)
                                              :

KYLE WEILAND,                     :
                                              :

            Defendant.         :
                                              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

       WHEREAS, on or about December 13, 2019, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 59), which ordered, *inter alia*, the forfeiture to the United States of all right, title and interest of KYLE WEILAND (the "Defendant") in the following property:

     a.     0.584133 Bitcoin currency, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

     b.     0.000495 Bitcoin currency, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

     c.     14.10170747 Bitcoin, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

     d.     10.4972241 Bitcoin currency, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road; Warwick, NY 10990;

     e.     35.77437089 Ethereum currency, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

     f.     56,688 Ripple (XRP) currency, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

     g.     50,493.456 Tron currency, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

     h.     13,498.488 Cardano currency, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

    i.        75.228747669998 Monero currency, seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

    j.        One (1) 50 gram Perth Mint gold bar bearing identification no. C000813 seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

    k.        One (1) 50 gram Perth Mint gold bar bearing identification no. C000805 seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

    l.        One (1) 50 gram Perth Mint gold bar bearing identification no. C000816 seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

    m.        One (1) 50 gram Perth Mint gold bar bearing identification no. C000822 seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

    n.        One (1) 100 gram Valcambi Suisse gold bar bearing identification no. AA122762 seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

    o.        One (1) 100 gram Valcambi Suisse gold bar bearing identification no. AA122365 seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990;

    p.        $34,077.00 in United States currency seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990; and

    q.        Five (5) assorted counterfeit Rolex-branded watches seized from the Defendant on April 11, 2018, at 55 Old Mt. Peter Road, Warwick, NY 10990.

(a. through q., collectively, the "Specific Property");

        WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The

Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on January 12, 2021, for thirty (30) consecutive days, through February 10, 2021, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 27, 2021 (D.E. 69);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant are the only persons and/or entities known by the Government to have a potential interest the Specific Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

3

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       November 1, 2021

SO ORDERED:

The Clerk of the Court is directed to terminate
the letter motion at docket number 70.

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**