UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA    :
                                                        :        18 Cr. 273 (LGS)
                    -against-             :
                                                         :        <u>ORDER</u>
    KYLE WEILAND,                               :
                                       Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** the parties shall file a joint status letter by **July 10, 2023,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: July 6, 2023
       New York, New York

                                                                          **LORNA G. SCHOFIELD**
                                                                    **UNITED STATES DISTRICT JUDGE**