# PAPPALARDO & PAPPALARDO, LLP
### ATTORNEYS AT LAW

JOHN J. PAPPALARDO
JOHN D. PAPPALARDO

———

OF COUNSEL

ANGELO G. MACDONALD *
ALBERT W. CORNACHIO III
DANIEL T. MENTZER
JILL K. SANDERS *

222 BLOOMINGDALE ROAD
SUITE 301
WHITE PLAINS, NEW YORK 10605

TELEPHONE: (914) 725-7000
FACSIMILE: (914) 725-1700
WWW.PAPPALARDOLAW.COM

* ALSO ADMITTED IN NJ

September 11, 2023

*Via ECF*
Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Application Granted. The parties shall file a joint status letter on November 10, 2023. The Clerk of the Court is directed to terminate the letter motion at docket number 80.*

*Dated: September 11, 2023*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Kyle Weiland**
       **18-cr-00273 (LGS)**
       **VOSR Proceedings**

Dear Judge Schofield:

This office has been retained to represent Kyle Weiland in the above-referenced matter. I filed my notice of appearance with the Court at the end of last month, and my office has been in touch with Assistant Federal Defender Kristoff Williams who previously represented Mr. Weiland.

Per the Court's Order dated July 12, 2023, the Government and the defense are submitting this status letter as a status update regarding the above-referenced supervised release proceeding.

As the Court is aware, Mr. Weiland has been charged in the US District Court for the Southern District of New York in White Plains in a Complaint charging him with possession with intent to distribute fentanyl. See generally United States v. Kyle Weiland, 23-mj-05224. The Government is represented by A.U.S.A. Shaun Werbelow in that matter, and he is copied on this letter.

The preliminary hearing date in the White Plains case is currently scheduled for September 27, 2023. The parties have been engaged in discussions concerning certain lab reports and a potential pre-indictment resolution of that matter. We also anticipate that the September 27 preliminary hearing date will be continued into the later part of October 2023 as we discuss a possible disposition.

With regard to the present proceedings before Your Honor, the parties here have conferred and agree that, given the factual and legal overlap between the instant supervised release specifications and the standalone criminal case in White Plains, these supervised release proceedings should be delayed in favor of the criminal case. As such, per the previous application to this Court, the parties propose updating the Court in another 60 days (November 10, 2023) on the status of the White Plains criminal case, or earlier if that case proceeds to a pre-trial disposition.

# PAPPALARDO & PAPPALARDO, LLP

Thank you in advance for your review and consideration in this matter.

                              Respectfully submitted,

                              Jill K. Sanders
                              Email: jsanders@pappalardolaw.com

Cc:   *Via ECF*
       A.U.S.A. Jessica Greenwood

Cc:   *Via Email*
       A.U.S.A. Shaun Werbelow (shaun.werbelow@usdoj.gov)